Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Laura Barrera
Assistant Federal Public Defender
Michigan Bar No. P80957
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Laura_Barrera@fd.org


*Attorney for Petitioner Moises Pleitez


# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Moises Pleitez,

      Petitioner,

      v.

Todd Blanche, *et al.*,

      Respondents.

Case No. 2:26-cv-00777-APG-BNW

**Stipulation to Extend Time to File Amended Petition (First Request)**

      Petitioner Moises Pleitez and Respondents Todd Blanche, et al., through undersigned counsel, hereby submit this Stipulation for an extension of time of four days for Petitioner to file an amended petition for writ of habeas corpus, moving the deadline to April 21, 2026. Currently, the amended petition is due on April 17, 2026. This is the first request for an extension of time for the amended petition.

      This extension is warranted because undersigned counsel for the Petitioner has been ill since Wednesday, April 15, and as a result has been unable to complete this amended petition. This short extension will allow undersigned counsel for

Petitioner time to recover and to complete the amended petition. Undersigned counsel for the Respondents do not oppose this request.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Mr. Pleitez to file an amended petition to April 21, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 17th day of April, 2026.

TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH, First Assistant United States Attorney

/s/ *Tamer B. Botros*
Tamer B. Botros
Assistant United States Attorney

RENE L. VALLADARES
Federal Public Defender

/s/ *Laura Barrera*
Laura Barrera
Assistant Federal Public Defender

IT IS SO ORDERED:

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: April 20, 2026

2