**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MOISES PLEITEZ,

    Petitioner

v.

PAMELA BONDI, et al.,

    Respondents

Case No.: 2:26-cv-00777-APG-BNW

**Order**

I ORDER the respondents to respond to the petitioner's first amended petition (ECF No. 8) by May 20, 2026.  The petitioner may file a reply by May 27, 2026.

DATED this 8th day of May, 2026.

_____

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE