Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Laura Barrera
Assistant Federal Public Defender
Michigan Bar No. P80957
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Laura_Barrera@fd.org


*Attorney for Petitioner Moises Pleitez


UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Moises Pleitez,

      Petitioner,

    v.

Todd Blanche, *et al.*,

      Respondents.

Case No. 2:26-cv-00777-APG-BNW

**Stipulation to Extend Time to File Reply (First Request)**

Petitioner Moises Pleitez and Respondents Todd Blanche, et al., through undersigned counsel, hereby submit this Stipulation for an extension of time of one day for Petitioner to file his reply in support of his amended petition for writ of habeas corpus, moving the deadline to May 28, 2026. Currently, the amended petition is due on May 27, 2026. This is the first request for an extension of time for the amended petition.

This extension is warranted because undersigned counsel for the Petitioner was on leave from May 15 through 21, and upon returning to the office had to attend to an unusual amount of time-sensitive meetings and deadlines, which prevented

counsel from finishing the reply by the existing deadline. This one-day extension will allow undersigned counsel for Petitioner time to complete the reply.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Mr. Pleitez to file a reply in support of his amended petition to May 28, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 27th day of May, 2026.

TODD BLANCHE
Acting Attorney General of the
United States
SIGAL CHATTAH, First Assistant
United States Attorney

RENE L. VALLADARES
Federal Public Defender

/s/ *James Sweetin*
James Sweetin
Assistant United States Attorney

 /s/ *Laura Barrera*
Laura Barrera
Assistant Federal Public
Defender

IT IS SO ORDERED:

_____
United States District Judge

Dated: May 28, 2026 _____

2