# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MOISES PLEITEZ CASTILLO, | Case No.: 2:26-cv-00777-APG-BNW |
| Petitioner | **Order** |
| v. | |
| MARKWAYNE MULLIN, et al., | |
| Respondents | |

Petitioner Moises Mario Pleitez Castillo (Pleitez) is a citizen of El Salvador currently detained by U.S. Immigration and Customs Enforcement (ICE). I previously granted in part Pleitez's habeas corpus petition. ECF No. 18. I ordered that by July 15, 2026, the government had to provide Pleitez "with written notice (1) stating that Pleitez's parole is being revoked; (2) identifying who made the revocation decision with sufficient information to evaluate whether the person was an authorized official under the regulation; and (3) providing the grounds for the revocation decision." *Id.* at 15. I also ordered that by July 22, 2026, the government "must provide Pleitez with a hearing before an immigration judge at which he can challenge his parole revocation unless he waives that hearing." *Id.*

On July 15, 2026, the government filed a status report advising that it would not comply with my order because "ICE has identified no statutory or regulatory mechanism through which it can convene the hearing the Order contemplates." ECF No. 19 at 1-2. The government also indicated that the notice to appear served as the notice that Pleitez's parole was revoked. *Id.* at 2. In conclusion, the respondents state that they "have provided Petitioner with the written notice contemplated by 8 C.F.R. § 212.5(e)(2)(i) and respectfully submit this report to advise the Court of the foregoing." *Id.* at 3.

It appears from the government's response that it has not complied with the portion of my order that required them to give Pleitez notice of his parole revocation because the government is resting on the prior notice to appear.  But I have already ruled that the notice to appear given to Pleitez "does not state that parole was revoked, that an authorized official made the requisite antecedent findings to revoke, or the reasons parole was revoked." ECF No. 18.  Consequently, the notice to appear does not suffice to give Pleitez the requisite notice that his parole is being revoked under the statute, the agency's own regulation, and due process.  I again order the government to give Pleitez written notice of his parole termination that complies with my order. If the government does not do so by the given deadline, then Pleitez must be released.

As for a hearing, if the government cannot provide him one, I can.  Accordingly, after Pleitez receives the written notice, he may move for a hearing in this court to challenge the parole revocation if he has grounds to do so.

I THEREFORE ORDER that by **5:00 p.m. PDT on July 20, 2026**, the government must provide petitioner Moises Pleitez Castillo with written notice (1) stating that Pleitez's parole is being revoked; (2) identifying who made the revocation decision with sufficient information to evaluate whether the person was an authorized official under the regulation; and (3) providing the grounds for the revocation decision.  **The notice to appear previously provided to Pleitez does not satisfy this requirement.**  The government must provide to the court proof that it gave Pleitez this written notice by 11:00 a.m. on July 21, 2026.  **Attorney argument or representations do not suffice to meet this requirement.**

I FURTHER ORDER that if the government does not provide Pleitez with the notice and does not provide adequate proof that it has done so by the given deadlines, then the respondents must release Moises Pleitez Castillo from the custody of Nevada Southern Detention Center on

2

July 22, 2026, and transport him to 501 Las Vegas Blvd South, Las Vegas, Nevada by 5:00 p.m. that same day.  The respondents must advise Pleitez's counsel of the estimated time of release for coordination purposes.  Pleitez's release will be subject to the same terms and conditions he was under before the parole revocation.

I FURTHER ORDER that the respondents are prohibited from re-detaining Moises Pleitez Castillo absent proof (1) that they have complied with my orders, or (2) that he violated the terms of his release and without first following any required statutory or regulatory procedures as I have interpreted them.

I FURTHER ORDER that after receiving the required notice, petitioner Moises Pleitez Castillo may file a motion for a hearing before this court to challenge his parole revocation if he has grounds to do so.

DATED this 16th day of July, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

3